

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-12-00849-CV

Style:        Melvin Raymond Schield, Jr.

        **v** Dianna Lee Schield

Date motion filed[*]:        July 9, 2013

Type of motion:        Motion for extension of time to file brief

Party filing motion:        Appellant

Document to be filed:        Appellant's brief

Is appeal accelerated?        No

If motion to extend time:
    Original due date:        July 15, 2013
    Number of previous extensions granted:    0        Current Due date:  July 15, 2013
    Date Requested:        Additional 6 months

Ordered that motion is:

    ☑    Granted in part

        If document is to be filed, document due:  October 14, 2013

        ☑    The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:    _/s/ Jim Sharp_
        ☐ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: _July 31, 2013_

November 7, 2008 Revision